IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| GREG GARDNER, as guardian of and for the benefit of Peter Gardner, <br><br> Plaintiff-Appellant, <br><br> vs. <br><br> LAURA McCULLOUGH, et al., <br><br> Defendants-Appellees. | Case No.: CV 622-030 <br><br> Appeal No.: 23-10809-GG |

## O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this 28th day of April 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA