IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| GREG GARDNER, | ) |
| | ) |
| Plaintiff- Appellant, | ) |
| | ) CASE NO.   6:22-cv-30 |
| V. | ) |
| | ) Appeal No.  23-10809-GG |
| LAURA McCULLOUGH, et al., | ) |
| | ) |
| | ) |
| | ) |
| Defendant - Appellee. | ) |

O R D E R

The appeal in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED**, this _3rd_ day of January, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA